**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1191**

OSCAR ADILIO CRUZ-QUINTANILLA,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  October 24, 2019                     Decided:  November 14, 2019

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Abraham F. Carpio, CARPIO LAW FIRM, LLC, Hyattsville, Maryland, for Petitioner. Joseph H. Hunt, Assistant Attorney General, Melissa Neiman-Kelting, Assistant Director, Sara J. Bayram, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar Adilio Cruz-Quintanilla, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen and reconsider. We have reviewed the administrative record and Cruz-Quintanilla's claims and conclude that the Board did not abuse its discretion in denying his motion. *See* 8 C.F.R. § 1003.2(a) (2019); *Mosere v. Mukasey,* 552 F.3d 397, 400 (4th Cir. 2009) (stating standard of review). Accordingly, we deny the petition for review substantially for the reasons stated by the Board. *In re Cruz-Quintanilla* (B.I.A. Jan. 25, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*